DeCOTIIS, FITZPATRICK, COLE & WISLER, LLP
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, New Jersey 07666
(201) 928-1100
Attorneys for Plaintiff Arbitron Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBITRON INC., <br><br> Plaintiff, <br><br> v. <br><br> ANNE MILGRAM, in her Official Capacity as Attorney General for the State of New Jersey, and DAVID SZUCHMAN, in his Official capacity as Director of the New Jersey Division of Consumer Affairs, <br><br> Defendant. | Civil Action No. 8-05041 (PGS) <br><br><br> STIPULATION OF DISMISSAL |

**THIS MATTER** having been amicably resolved, and the parties having memorialized their resolution of the case in a formal settlement agreement, it is hereby stipulated and agreed that all claims in connection with the above-captioned matter shall be dismissed, without prejudice and without costs, subject to the parties' settlement agreement.

DeCOTIIS, FITZPATRICK, COLE & WISLER, LLP

By: _____
Benjamin Clarke
Attorneys for Plaintiff

Dated: 2/9/09

STATE OF NEW JERSEY, DEPARTMENT OF LAW & PUBLIC SAFETY

By: _____
James R. Michael
Deputy Attorney General
Attorneys for Defendants

Dated: 2/4/09

SO ORDERED: _____
DATED: 2/17/09